I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL, POSTAGE PREPAID, TO ~~ALL COUNSEL~~ (OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: 5·13·15

DEPUTY CLERK

JS-6
Entered

FILED
CLERK, U.S. DISTRICT COURT

MAY 13 2015

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERESITA BHAKTA, etc., <br><br> Plaintiff, <br><br> vs. <br><br> U.S. BANK NATIONAL ASSOCIATION, etc., <br><br> Defendant. | Case No. EDCV 14-2372-VAP (RNB) <br><br> **JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

DATED: May 11 2015

VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE